# EXHIBIT A

EXHIBIT A

Leaseweb USA

Website idposter.com

| | | |
|---|---|---|
| Notice Date: | 3/22/22-4 | |
| Subject: | Ali Landry | |

<u>Published Works 1999 pt1 VA 1-230-922</u>

| | | |
|---|---|---|
| 1 | | https://idposter.com/Ali_Landry/772440_Ali_Landry_poster.html |
| | | https://idposter.com/img/bigs/707/id699753.jpg |
| 1a | repeat | https://idposter.com/Ali_Landry/772432_Ali_Landry_poster.html |
| | | https://idposter.com/img/bigs/707/id699745.jpg |

<u>Published Works 2000 Pt 1 VA 1-230-933</u>

| | |
|---|---|
| 2 | https://idposter.com/Ali_Landry/772431_Ali_Landry_poster.html |
| | https://idposter.com/img/bigs/707/id699744.jpg |

<u>Ali Landry VAu660-263</u>

| | |
|---|---|
| 3 | https://idposter.com/Ali_Landry/772439_Ali_Landry_poster.html |
| | https://idposter.com/img/bigs/707/id699752.jpg |
| 4 | https://idposter.com/Ali_Landry/772438_Ali_Landry_poster.html |
| | https://idposter.com/img/bigs/707/id699751.jpg |
| 5 | https://idposter.com/Ali_Landry/772437_Ali_Landry_poster.html |
| | https://idposter.com/img/bigs/707/id699750.jpg |
| 6 | https://idposter.com/Ali_Landry/772436_Ali_Landry_poster.html |
| | https://idposter.com/img/bigs/707/id699749.jpg |
| 7 | https://idposter.com/Ali_Landry/772435_Ali_Landry_poster.html |
| | https://idposter.com/img/bigs/707/id699748.jpg |

| | |
|---|---|
| 8 | https://idposter.com/Ali_Landry/772434_Ali_Landry_poster.html |
| | https://idposter.com/img/bigs/707/id699747.jpg |
| 9 | https://idposter.com/Ali_Landry/772433_Ali_Landry_poster.html |
| | https://idposter.com/img/bigs/707/id699746.jpg |
| Notice Date: | 3/22/22-2 |
| Subject: | Charisma Carpenter |
| | Published Works 1998pt1 VA 1-231-030 |
| 10 | https://idposter.com/Charisma_Carpenter/648293_Charisma_Carpenter_poster.html |
| | https://idposter.com/img/bigs/589/id583987.jpg |
| 10a   Repeat | https://idposter.com/Charisma_Carpenter/235113_Charisma_Carpenter_poster.html |
| | https://idposter.com/img/bigs/29/id191608.jpg |
| | Charisma Carpenter VAu660-265 |
| 11 | https://idposter.com/Charisma_Carpenter/648292_Charisma_Carpenter_poster.html |
| | https://idposter.com/img/bigs/589/id583986.jpg |
| 12 | https://idposter.com/Charisma_Carpenter/452501_Charisma_Carpenter_poster.html |
| | https://idposter.com/img/bigs/420/id422752.jpg |
| 13 | https://idposter.com/Charisma_Carpenter/452500_Charisma_Carpenter_poster.html |
| | https://idposter.com/img/bigs/420/id422751.jpg |
| 13a   Repeat | https://idposter.com/Charisma_Carpenter/235098_Charisma_Carpenter_poster.html |
| | https://idposter.com/img/bigs/29/id191593.jpg |
| 14 | https://idposter.com/Charisma_Carpenter/452499_Charisma_Carpenter_poster.html |
| | https://idposter.com/img/bigs/420/id422750.jpg |
| 15 | https://idposter.com/Charisma_Carpenter/235097_Charisma_Carpenter_poster.html |

|    |                                                                                          |
|----|------------------------------------------------------------------------------------------|
|    | https://idposter.com/img/bigs/29/id191592.jpg                                            |
| 16 | https://idposter.com/Charisma_Carpenter/33394_Charisma_Carpenter_poster.html             |
|    | https://idposter.com/img/bigs/16/id4919.jpg                                              |

# EXHIBIT B

Exhibit B

**Leaseweb Netherlands BV**

**Website celebposter.com**

| | |
|---|---|
| Notice Date: | 3/24/22-1 |
| Subject: | Angela Taylor |
| | <u>Angela Taylor VAu692-306</u> |

1  https://celebposter.com/Angela-Taylor-poster_1990164.html
   https://celebposter.com/thumbs/Angela-Taylor-poster_1990164_b.jpg

1a  Repeat  https://celebposter.com/Angela-Taylor-poster_2070141.html
   https://celebposter.com/thumbs/Angela-Taylor-poster_2070141_b.jpg

2  https://celebposter.com/Angela-Taylor-poster_2070138.html
   https://celebposter.com/thumbs/Angela-Taylor-poster_2070138_b.jpg

3  https://celebposter.com/Angela-Taylor-poster_2070148.html
   https://celebposter.com/thumbs/Angela-Taylor-poster_2070148_b.jpg

4  https://celebposter.com/Angela-Taylor-poster_2070143.html
   https://celebposter.com/thumbs/Angela-Taylor-poster_2070143_b.jpg

5  https://celebposter.com/Angela-Taylor-poster_2070145.html
   https://celebposter.com/thumbs/Angela-Taylor-poster_2070145_b.jpg

6  https://celebposter.com/Angela-Taylor-poster_2070144.html
   https://celebposter.com/thumbs/Angela-Taylor-poster_2070144_b.jpg

7  https://celebposter.com/Angela-Taylor-poster_2070146.html
   https://celebposter.com/thumbs/Angela-Taylor-poster_2070146_b.jpg

| | |
|---|---|
| 8 | https://celebposter.com/Angela-Taylor-poster_2070142.html |
| | https://celebposter.com/thumbs/Angela-Taylor-poster_2070142_b.jpg |
| 9 | https://celebposter.com/Angela-Taylor-poster_2070139.html |
| | https://celebposter.com/thumbs/Angela-Taylor-poster_2070139_b.jpg |
| 10 | https://celebposter.com/Angela-Taylor-poster_2070149.html |
| | https://celebposter.com/thumbs/Angela-Taylor-poster_2070149_b.jpg |
| 11 | https://celebposter.com/Angela-Taylor-poster_2070140.html |
| | https://celebposter.com/thumbs/Angela-Taylor-poster_2070140_b.jpg |
| 12 | https://celebposter.com/Angela-Taylor-poster_2070147.html |
| | https://celebposter.com/thumbs/Angela-Taylor-poster_2070147_b.jpg |
| 13 | https://celebposter.com/Angela-Taylor-poster_2070137.html |
| | https://celebposter.com/thumbs/Angela-Taylor-poster_2070137_b.jpg |
| Notice Date: | 3/22/22-5 |
| Subject: | Sonia Vera |
| | <u>Sonia Vera VAu692-225</u> |
| 14 | https://celebposter.com/Sonia-Vera-poster_2080534.html |
| | https://celebposter.com/thumbs/Sonia-Vera-poster_2080534_b.jpg |
| 15 | https://celebposter.com/Sonia-Vera-poster_2080554.html |
| | https://celebposter.com/thumbs/Sonia-Vera-poster_2080554_b.jpg |
| 16 | https://celebposter.com/Sonia-Vera-poster_2080551.html |
| | https://celebposter.com/thumbs/Sonia-Vera-poster_2080551_b.jpg |
| 17 | https://celebposter.com/Sonia-Vera-poster_2080547.html |

|    |    |
|----|----|
|    | https://celebposter.com/thumbs/Sonia-Vera-poster_2080547_b.jpg |
| 18 | https://celebposter.com/Sonia-Vera-poster_2080542.html |
|    | https://celebposter.com/thumbs/Sonia-Vera-poster_2080542_b.jpg |
| 19 | https://celebposter.com/Sonia-Vera-poster_2080539.html |
|    | https://celebposter.com/thumbs/Sonia-Vera-poster_2080539_b.jpg |
| 20 | https://celebposter.com/Sonia-Vera-poster_2080536.html |
|    | https://celebposter.com/thumbs/Sonia-Vera-poster_2080536_b.jpg |
| 21 | https://celebposter.com/Sonia-Vera-poster_2080545.html |
|    | https://celebposter.com/thumbs/Sonia-Vera-poster_2080545_b.jpg |
| 22 | https://celebposter.com/Sonia-Vera-poster_2080532.html |
|    | https://celebposter.com/thumbs/Sonia-Vera-poster_2080532_b.jpg |
| 23 | https://celebposter.com/Sonia-Vera-poster_2080549.html |
|    | https://celebposter.com/thumbs/Sonia-Vera-poster_2080549_b.jpg |
| 24 | https://celebposter.com/Sonia-Vera-poster_2080538.html |
|    | https://celebposter.com/thumbs/Sonia-Vera-poster_2080538_b.jpg |

| Notice Date: | 3/23/22-2 |
|---|---|
| Subject: | Jeri Ryan |

<u>Published Works 1998pt1 VA 1-231-030</u>

| 25 | https://celebposter.com/Jeri-Ryan-poster_1992787.html |
|---|---|
|    | https://celebposter.com/thumbs/Jeri-Ryan-poster_1992787_b.jpg |

<u>Jeri Ryan VAu660-267</u>

| 26 | https://celebposter.com/Jeri-Ryan-poster_2043355.html |
|---|---|

|  |  |
|---|---|
|  | https://celebposter.com/thumbs/Jeri-Ryan-poster_2043355_b.jpg |
| 27 | https://celebposter.com/Jeri-Ryan-poster_2043364.html |
|  | https://celebposter.com/thumbs/Jeri-Ryan-poster_2043364_b.jpg |
| 28 | https://celebposter.com/Jeri-Ryan-poster_2043360.html |
|  | https://celebposter.com/thumbs/Jeri-Ryan-poster_2043360_b.jpg |
| 29 | https://celebposter.com/Jeri-Ryan-poster_2043333.html |
|  | https://celebposter.com/thumbs/Jeri-Ryan-poster_2043333_b.jpg |
| 30 | https://celebposter.com/Jeri-Ryan-poster_2043368.html |
|  | https://celebposter.com/thumbs/Jeri-Ryan-poster_2043368_b.jpg |

Notice Date: 3/22/22-1

Subject: Charisma Carpenter

<u>Published Works 1998pt1 VA 1-231-030</u>

| 31 | https://celebposter.com/Charisma-Carpenter-poster_2051292.html |
|---|---|
|  | https://celebposter.com/thumbs/Charisma-Carpenter-poster_2051292_b.jpg |

<u>Charisma Carpenter VAu660-265</u>

| 32 | https://celebposter.com/Charisma-Carpenter-poster_2051268.html |
|---|---|
|  | https://celebposter.com/thumbs/Charisma-Carpenter-poster_2051268_b.jpg |

Notice Date: 3/2/22-3

Subject: Ali Landry

<u>Published Works 1999 pt1 VA 1-230-922</u>

| 33 | https://celebposter.com/Ali-Landry-poster_2077832.html |
|---|---|
|  | https://celebposter.com/thumbs/Ali-Landry-poster_2077832_b.jpg |
| 33a Repeat | https://celebposter.com/Ali-Landry-poster_2077840.html |
|  | https://celebposter.com/thumbs/Ali-Landry-poster_2077840_b.jpg |

<u>Ali Landry VAu660-263</u>

| | |
|---|---|
| 34 | https://celebposter.com/Ali-Landry-poster_2077807.html |
| | https://celebposter.com/thumbs/Ali-Landry-poster_2077807_b.jpg |
| 35 | https://celebposter.com/Ali-Landry-poster_2077824.html |
| | https://celebposter.com/thumbs/Ali-Landry-poster_2077824_b.jpg |
| 36 | https://celebposter.com/Ali-Landry-poster_2077760.html |
| | https://celebposter.com/thumbs/Ali-Landry-poster_2077760_b.jpg |
| 37 | https://celebposter.com/Ali-Landry-poster_2077750.html |
| | https://celebposter.com/thumbs/Ali-Landry-poster_2077750_b.jpg |
| 38 | https://celebposter.com/Ali-Landry-poster_2077764.html |
| | https://celebposter.com/thumbs/Ali-Landry-poster_2077764_b.jpg |
| 39 | https://celebposter.com/Ali-Landry-poster_2077757.html |
| | https://celebposter.com/thumbs/Ali-Landry-poster_2077757_b.jpg |
| 40 | https://celebposter.com/Ali-Landry-poster_2077737.html |
| | https://celebposter.com/thumbs/Ali-Landry-poster_2077737_b.jpg |

**EXHIBIT C**

**EXHIBIT C**

Leaseweb Netherlands BV

Website nposter.com

| | | |
|---|---|---|
| Notice Date: | 4/14/22-1 | (partial repeat of Celebposter stuff) |
| Subject: | Ali Landry | <u>Ali Landry VAu660-263 (x 3 images)</u> |

1    https://www.nposter.com/posters/ali-landry-posters/ali-landry-poster-266165

      https://www.nposter.com/images/274/ali-landry-254247.jpg

1a    Repeat  https://www.nposter.com/posters/ali-landry-posters/ali-landry-poster-7058

      https://www.nposter.com/images/8/ali-landry-7887.jpg

<u>Ali Landry VAu660-263 (x 3 images)</u>

2    https://www.nposter.com/posters/ali-landry-posters/ali-landry-poster-7023

      https://www.nposter.com/images/8/ali-landry-7852.jpg

<u>Published Works 1999 pt1 VA 1-230-922</u>

3    https://www.nposter.com/posters/ali-landry-posters/ali-landry-poster-6957

      https://www.nposter.com/images/8/ali-landry-7786.jpg

3a    Repeat  https://www.nposter.com/posters/ali-landry-posters/ali-landry-poster-6956

      https://www.nposter.com/images/8/ali-landry-7785.jpg

| | | |
|---|---|---|
| Notice Date: | 41422-2 | |
| Subject: | Charisma Carpenter | (partial repeat of Celebposter stuff) |

<u>Charisma Carpenter VAu660-265</u>

4    https://www.nposter.com/posters/charisma-carpenter-posters/charisma-carpenter-poster-371563

      https://www.nposter.com/images/324/charisma-carpenter-324174.jpg

<u>Charisma Carpenter VAu660-265</u>

| | |
|---|---|
| 5<br>371524 | https://www.nposter.com/posters/charisma-carpenter-posters/charisma-carpenter-poster-<br><br>https://www.nposter.com/images/324/charisma-carpenter-324135.jpg |
| 6<br><br>371523 | Charisma Carpenter VAu660-265<br><br>https://www.nposter.com/posters/charisma-carpenter-posters/charisma-carpenter-poster-<br><br>https://www.nposter.com/images/324/charisma-carpenter-324134.jpg |
| 7<br>52494 | Charisma Carpenter VAu660-265<br><br>https://www.nposter.com/posters/charisma-carpenter-posters/charisma-carpenter-poster-<br><br>https://www.nposter.com/images/53/charisma-carpenter-52449.jpg |
| 8<br>52431 | Published Works 1998pt1 VA 1-231-030<br><br>https://www.nposter.com/posters/charisma-carpenter-posters/charisma-carpenter-poster-<br><br>https://www.nposter.com/images/53/charisma-carpenter-52386.jpg |
| 9<br>52416 | Charisma Carpenter VAu660-265<br><br>https://www.nposter.com/posters/charisma-carpenter-posters/charisma-carpenter-poster-<br><br>https://www.nposter.com/images/53/charisma-carpenter-52371.jpg |
| 10<br>52415 | Charisma Carpenter VAu660-265<br><br>https://www.nposter.com/posters/charisma-carpenter-posters/charisma-carpenter-poster-<br><br>https://www.nposter.com/images/53/charisma-carpenter-52370.jpg |

Notice Date:    4/14/22-3

Subject:          Erika Eleniak

   ErikaEleniak VAu692-231

| | |
|---|---|
| 51 | https://www.nposter.com/posters/erika-eleniak-posters/erika-eleniak-poster-82672 |
| | https://www.nposter.com/images/82/erika-eleniak-81961.jpg |
| 52 | https://www.nposter.com/posters/erika-eleniak-posters/erika-eleniak-poster-82671 |
| | https://www.nposter.com/images/82/erika-eleniak-81960.jpg |
| 53 | https://www.nposter.com/posters/erika-eleniak-posters/erika-eleniak-poster-82670 |
| | https://www.nposter.com/images/82/erika-eleniak-81959.jpg |

Notice Date:   4/16/22-1

Subject:   Jeri Ryan   (partial repeat of Celebposter stuff)

<u>Jeri Ryan VAu660-267</u>

| | |
|---|---|
| 11 | https://www.nposter.com/posters/jeri-ryan-posters/jeri-ryan-poster-414059 |
| | https://www.nposter.com/images/370/jeri-ryan-369677.jpg |
| 12 | https://www.nposter.com/posters/jeri-ryan-posters/jeri-ryan-poster-414054 |
| | https://www.nposter.com/images/370/jeri-ryan-369672.jpg |

<u>Published Works 1998pt1 VA 1-231-030</u>

| | |
|---|---|
| 13 | https://www.nposter.com/posters/jeri-ryan-posters/jeri-ryan-poster-414053 |
| | https://www.nposter.com/images/370/jeri-ryan-369671.jpg |
| 13a | https://www.nposter.com/posters/jeri-ryan-posters/jeri-ryan-poster-113202 |
| | https://www.nposter.com/images/112/jeri-ryan-111864.jpg |

<u>Jeri Ryan VAu660-267</u>

| | |
|---|---|
| 14 | https://www.nposter.com/posters/jeri-ryan-posters/jeri-ryan-poster-414052 |
| | https://www.nposter.com/images/370/jeri-ryan-369670.jpg |

<u>Published Works 1997 Pt 1 VA 1-231-031</u>

| | |
|---|---|
| 15 | https://www.nposter.com/posters/jeri-ryan-posters/jeri-ryan-poster-414051 |
| | https://www.nposter.com/images/370/jeri-ryan-369669.jpg |
| | |
| | Jeri Ryan VAu660-267 |
| 16 | https://www.nposter.com/posters/jeri-ryan-posters/jeri-ryan-poster-414050 |
| | https://www.nposter.com/images/370/jeri-ryan-369668.jpg |
| | |
| 17 | https://www.nposter.com/posters/jeri-ryan-posters/jeri-ryan-poster-414049 |
| | https://www.nposter.com/images/370/jeri-ryan-369667.jpg |
| | |
| 18 | https://www.nposter.com/posters/jeri-ryan-posters/jeri-ryan-poster-414025 |
| | https://www.nposter.com/images/370/jeri-ryan-369643.jpg |
| | |
| 19 | https://www.nposter.com/posters/jeri-ryan-posters/jeri-ryan-poster-113296 |
| | https://www.nposter.com/images/112/jeri-ryan-111958.jpg |
| | |
| 20 | Published Works 1997 Pt 1 VA 1-231-031 |
| | https://www.nposter.com/posters/jeri-ryan-posters/jeri-ryan-poster-113295 |
| | https://www.nposter.com/images/112/jeri-ryan-111957.jpg |
| | |
| 21 | https://www.nposter.com/posters/jeri-ryan-posters/jeri-ryan-poster-113294 |
| | https://www.nposter.com/images/112/jeri-ryan-111956.jpg |
| | |
| 22 | https://www.nposter.com/posters/jeri-ryan-posters/jeri-ryan-poster-113258 |
| | https://www.nposter.com/images/112/jeri-ryan-111920.jpg |
| | |
| 23 | https://www.nposter.com/posters/jeri-ryan-posters/jeri-ryan-poster-113241 |
| | https://www.nposter.com/images/112/jeri-ryan-111903.jpg |
| | |
| 24 | https://www.nposter.com/posters/jeri-ryan-posters/jeri-ryan-poster-113232 |

https://www.nposter.com/images/112/jeri-ryan-111894.jpg

| | | |
|---|---|---|
| 24a | repeat | https://www.nposter.com/posters/jeri-ryan-posters/jeri-ryan-poster-113231 |
| | | https://www.nposter.com/images/112/jeri-ryan-111893.jpg |
| 24b | repeat | https://www.nposter.com/posters/jeri-ryan-posters/jeri-ryan-poster-113230 |
| | | https://www.nposter.com/images/112/jeri-ryan-111892.jpg |
| 25 | | https://www.nposter.com/posters/jeri-ryan-posters/jeri-ryan-poster-113224 |
| | | https://www.nposter.com/images/112/jeri-ryan-111886.jpg |
| 26 | | https://www.nposter.com/posters/jeri-ryan-posters/jeri-ryan-poster-113209 |
| | | https://www.nposter.com/images/112/jeri-ryan-111871.jpg |

Notice Date:   4/18/22-1

Subject:   Sonia Vera       (partial repeat of Celebposter stuff)

<u>Sonia Vera VAu692-225</u>

| | |
|---|---|
| 27 | https://www.nposter.com/posters/sonia-vera-posters/sonia-vera-poster-576542 |
| | https://www.nposter.com/images/508/sonia-vera-507010.jpg |
| 28 | https://www.nposter.com/posters/sonia-vera-posters/sonia-vera-poster-576541 |
| | https://www.nposter.com/images/508/sonia-vera-507009.jpg |
| 29 | https://www.nposter.com/posters/sonia-vera-posters/sonia-vera-poster-576540 |
| | https://www.nposter.com/images/508/sonia-vera-507008.jpg |
| 30 | https://www.nposter.com/posters/sonia-vera-posters/sonia-vera-poster-576539 |
| | https://www.nposter.com/images/508/sonia-vera-507007.jpg |
| 31 | https://www.nposter.com/posters/sonia-vera-posters/sonia-vera-poster-576538 |

|    |                                                                                            |
|----|--------------------------------------------------------------------------------------------|
|    | https://www.nposter.com/images/508/sonia-vera-507006.jpg                                   |
| 32 | https://www.nposter.com/posters/sonia-vera-posters/sonia-vera-poster-576537                |
|    | https://www.nposter.com/images/508/sonia-vera-507005.jpg                                   |
| 33 | https://www.nposter.com/posters/sonia-vera-posters/sonia-vera-poster-576536                |
|    | https://www.nposter.com/images/508/sonia-vera-507004.jpg                                   |
| 34 | https://www.nposter.com/posters/sonia-vera-posters/sonia-vera-poster-576524                |
|    | https://www.nposter.com/images/508/sonia-vera-506992.jpg                                   |
| 35 | https://www.nposter.com/posters/sonia-vera-posters/sonia-vera-poster-576523                |
|    | https://www.nposter.com/images/508/sonia-vera-506991.jpg                                   |
| 36 | https://www.nposter.com/posters/sonia-vera-posters/sonia-vera-poster-576522                |
|    | https://www.nposter.com/images/508/sonia-vera-506990.jpg                                   |
| 37 | https://www.nposter.com/posters/sonia-vera-posters/sonia-vera-poster-576521                |
|    | https://www.nposter.com/images/508/sonia-vera-506989.jpg                                   |